| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Young, William G. | 2. Court or Organization<br><br>United States District Court, District of Massachusetts | 3. Date of Report<br><br>5/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States District Courthouse-John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 5710<br>Boston, MA 02210 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer & Faculty Member | Boston University Law School |
| 2. Lecturer & Faculty Member | Massachusetts Continuing Legal Educ., Inc. |
| 3. Trustee | Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-May 14 | Boston University-Teaching Income | $16,900.00 |
| 2. Mar-Dec 14 | Massachusetts Continuing Legal Educ., Inc. (Teaching Income) | $9,000.00 |
| 3. Jan-Dec 14 | Thompson-West (Book Royalty) | $6,372.03 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Suffolk U. & AALS | 1/2-1/5, 2014 | New York, N.Y. | CLE Teaching | Food, Lodging, Trans |
| 2. | S.C. Bar | 1/23-1/25, 2014 | Kiawatt Island, S.C. | CLE Teaching | Food, Lodging, Trans |
| 3. | PLI | 4/3/2014 | New York, N.Y. | CLE Teaching | Food & Trans |
| 4. | Inns of Court | 4/10/2014 | Jacksonville, F.L. | CLE Teaching | Food, Lodging, Trans |
| 5. | PLI | 9/24/2014 | New York, N.Y. | CLE Teaching | Food & Trans |
| 6. | PLI | 11/11/2014 | New York, N.Y. | CLE Teaching | Food & Trans |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Needham, MA (Savings, IRA, CD's) | D | Interest | N | T | | | | | |
| 2. Dedham Savings Bank, Needham, MA (2) CD's (X) | A | Interest | K | T | | | | | |
| 3. Akamai Common Stock | | None | J | T | | | | | |
| 4. AT & T Common Stock | A | Dividend | J | T | | | | | |
| 5. Metlife Common Stock | A | Dividend | J | T | | | | | |
| 6. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 7. *See additional information | | | | | | | | | |
| 8. AT &T | A | Dividend | | | Sold | 5/30/14 | K | A | |
| 9. BP PLC | B | Dividend | | | Sold | 05/30/14 | K | A | |
| 10. BCE Inc | B | Dividend | | | Sold | 05/30/14 | K | A | |
| 11. Century Link SHS | B | Dividend | | | Sold | 05/30/14 | M | A | |
| 12. Chevron | B | Dividend | | | Sold | 05/30/14 | M | A | |
| 13. Abbvie Inc. SHS | | None | | | Sold | 05/30/14 | K | B | |
| 14. AMN Elec Power Co | | None | | | Sold | 05/30/14 | K | B | |
| 15. Automatic Data Proc | | None | | | Sold | 05/30/14 | K | A | |
| 16. Bristol Myers Squibb | | None | | | Sold | 05/30/14 | L | A | |
| 17. Conagra Foods | | None | | | Sold | 05/30/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Digital Rlty Tr Inc | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 19. Du Pont Ei De Nemours | A | Dividend | | | Sold | 05/30/14 | K | B | |
| 20. General Electric | | None | | | Sold | 05/30/14 | K | A | |
| 21. Glaxo Smith Kline | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 22. Intel Corp | A | Dividend | | | Sold | 05/30/14 | L | D | |
| 23. Kimberly Clark | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 24. Kraft Foods Group | | None | | | Sold | 05/30/14 | K | A | |
| 25. McDonald's Corp | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 26. Neexterra Energy Corp | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 27. Occidental Petroleum | A | Dividend | | | Sold | 05/30/14 | K | B | |
| 28. Paccar Inc | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 29. PPL Corp | | None | | | Sold | 05/30/14 | K | A | |
| 30. Spectra Energy Corp | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 31. Thompson Reuters Corp | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 32. Toronto Dominion Bank | | None | | | Sold | 05/30/14 | K | A | |
| 33. Ventas Inc Reit | A | Dividend | | | Sold | 05/30/14 | K | A | |
| 34. Verizon | A | Dividend | | | Sold | 05/30/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metropolitan Transit | B | Interest | | | Sold | 05/30/14 | M | C | |
| 36. NY State Dorm Authy | A | Interest | | | Sold | 05/30/14 | L | A | |
| 37. NY State Local Govt Authy | A | Interest | | | Sold | 05/30/14 | M | A | |
| 38. Triborough Bridge & Tunnel Authy | A | Interest | | | Sold | 05/30/14 | L | A | |
| 39. John Hancock Signatory Fund | A | Dividend | | | Sold | 06/14/14 | O | A | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*I am the trustee of a trust. In 2014 the trust dissolved according to its terms and the proceeds were distrubuted to the beneficiaries. The securities listed below were assets of the trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 5/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William G. Young

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544